# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LONNIE ALLEN THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-02419-SHL-jay |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed April 15, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion to Reverse and Remand (ECF No. 16), filed October 6, 2025, the decision of the Commissioner is **REVERSED** and the action is **REMANDED** for rehearing pursuant to sentence four of 42 U.S.C. § 405(g).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 6, 2025
Date